# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

146441 & (11)

In re AUSTIN, Minors.

SC: 146441
COA: 312912
Gratiot CC Family Division:
10-007590-NA

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 18, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2013

_____
Clerk

s0115